NUMBER 13-04-134-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

DELMA GUTIERREZ,                                                                  Appellant,

v.
 
EDWARD GUTIERREZ,                                                      Appellee.
____________________________________________________________________

On appeal from the 347th District Court of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Opinion Per Curiam

         Appellant, DELMA GUTIERREZ, perfected an appeal from a judgment entered
by the 347th District Court of Nueces County, Texas, in cause number 02-3390-H. 
After the clerk’s record was filed, appellant filed a motion to dismiss the appeal. 
Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 24th day of June, 2004.